# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AEP ENERGY<br>PO BOX 6329<br>Carol Stream, IL 60197 | | trade | | | | $207,290.16 |
| ATHENAHEALTH INC<br>P O BOX 415615<br>Boston, MA 02241-5615 | | trade | | | | $33,474.22 |
| Axiom<br>797 Sam Bass Road, Unit 427<br>Round Rock, TX 78681 | | trade | | | | $380,000.00 |
| BM PROPERTIES OF MONMOUT<br>441 E Main Street<br>Galesburg, IL 61401 | | trade | | | | $5,740.11 |
| Buzgova, Meneses & W. Smith, LLP<br>7201 Guadalupe St<br>Austin, TX 78752 | | trade | | | | $5,020.45 |
| CENTURYLINK<br>PO BOX 4300, Carol Stream, IL<br>Carol Stream, IL 60197 | | trade | | | | $2,180.70 |
| COMPHEALTH<br>P O BOX 972651<br>Dallas, TX 75397-2651 | | trade | | | | $52,344.24 |
| Dr. THOMAS H PATTERSON<br>653 Knox Road 1925N<br>Wataga, IL 61488 | | trade | Disputed | | | $35,616.67 |

| Debtor | Knox Clinic Corporation | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FLORES PRINTERS<br>541 Lincoln St.,<br>Galesburg, IL<br>Galesburg, IL 61401 | | trade | | | | $3,892.50 |
| GalesBurg Cottage Hospital<br>695, N Kellogg Street,<br>Hartford, CT 06140-1000 | | loan(s) ("insider") | | | | $1,691,000.00 |
| Global Clinical Education Inc<br>461 W Huron St.<br>Pontiac, MI 48341 | | trade | | | | $190,000.00 |
| HENRY SCHEIN<br>Dept CH 10241<br>Palatine, IL 60055-0241 | | trade | | | | $10,544.17 |
| Itria Ventures<br>One Penn Plaza,<br>Suite 4530<br>New York, NY 10119 | | trade | | | | $1,405,600.00 |
| LINK MEDIA OUTDOOR<br>Dept CH 17011<br>Palatine, IL 60055-7011 | | trade | | | | $2,595.00 |
| MD SAVE<br>100 Winners Circle N, Suite 202,<br>Brentwo<br>Brentwood, TN 37027 | | trade | | | | $7,500.00 |
| SANDI DEFORD<br>180 N Main St.,<br>Canton, IL<br>Canton, IL 61520 | | trade | | | | $3,000.00 |
| SBJ Group Inc<br>3637 Lahser Rd<br>Bloomfield Hills, MI 48304 | | loan(s); "insider" | | | | $190,000.00 |
| STL COMMUNICATIONS INC<br>100 Chesterfield Business Pkwy, Ste 300,<br>Chesterfield, MO 63005 | | trade | | | | $7,743.45 |

| Debtor | Knox Clinic Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The Oval Circle LLC (TOCDOC)<br>1408 English Oak Dr<br>Champaign, IL 61822 | | trade | | | | $15,900.00 |
| THERACOM LLC<br>P O BOX 640105,<br>CINCINNATI, OH 45264-010 | | trade | | | | $19,434.89 |